of these appeals to either party. All concur. (Cross appeals from an order denying motions under rule 113 of the Rules of Civil Practice by plaintiff and by defendant for summary judgment in an action to recover fees for legal services.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

■

WILLARD M. RICH, Respondent, v. E. WARD SOANES, Doing Business under the Name of E. WARD SOANES Co., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action for damages for an alleged breach of warranty.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ. [See post, p. 860.]

■

WILLARD M. RICH, Respondent, v. E. WARD SOANES, Doing Business under the Name of E. WARD SOANES Co., Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order denying defendant's motion for a new trial on the ground of newly discovered evidence.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ. [See post, p. 861.]

■

FLORENCE E. ANDERSON, as Administratrix of the Estate of EARL R. ANDERSON, Deceased, Respondent, v. KENDALL REFINING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — McCurn P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELY BUELL et al., Respondents-Appellants, against SAMUEL B. DICKER et al., Constituting the Council of the City of Rochester, et al., Appellants-Respondents. (And Six Other Proceedings.) — Order affirmed, without costs of these appeals to any party. All concur. (Cross appeals from an order of Monroe Special Term approving in part and rejecting in part the findings of the Official Referee in proceedings to review the assessments on petitioners' commercial property in the city of Rochester.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

■

JULIA ARDELIO, Respondent, v. MARY M. POLITO, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — Vaughan, J. P., Kimball, Piper and Wheeler, JJ. [See post, p. 861.]

■

LEONARD KRAWCZYK, Respondent, v. MICHAEL JIMINEZ et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying defendants' motion to dismiss plaintiff's complaint.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

■

LEONARD KRAWCZYK, Respondent, v. UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA, by JULIUS EMSPAK, its Treasurer, Appellant.— Order reversed on the law, with $10 costs and disbursements, and motion granted, with $10 costs. Memorandum: We are unable to find any theory of law under which it can be said that the complaint states a cause of action against this defendant.